UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TIESEAN HATCHETT,

                Petitioner,          Case No. 1:26-cv-1176

v.

                                Honorable Phillip J. Green

JOHN CHRISTIANSEN,

                Respondent.

_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner is **GRANTED** leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated:  August 7, 2026               /s/ Phillip J. Green
                                    PHILLIP J. GREEN
                                    United States Magistrate Judge