UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TIESEAN HATCHETT,

                Petitioner,              Case No. 1:26-cv-1176

v.

                                 Honorable Phillip J. Green

JOHN CHRISTIANSEN,

                Respondent.

_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to exhaust available state court remedies.

Dated:  August 7, 2026              /s/ Phillip J. Green
                                      PHILLIP J. GREEN
                                      United States Magistrate Judge